AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MICHAEL JONES ) | Case No: 3;96CR123-1 |
| ) | USM No: 12694-058 |
| Date of Previous Judgment: May 29, 1997 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 43 | Amended Offense Level: | 43 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | Life to Life months | Amended Guideline Range: | Life to Life months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction, as there is no change in the base offense level or guideline range. Counts One and Three were grouped under §3D1.2(d) based on aggregate amounts. Multiple Count Adjustments were used in Counts One, Three, and Seven under §3D1.4; wherein, a base offense level of 43 was the revised total offense level after applying Amendment 706 (based on the application of §2A1.1 as in the original presentence report).

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   May 29, 1997,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   September 8, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge